### Commonwealth *v.* Gaerttner, Appellant.

Submitted April 12, 1971.  *William T. Jorden* and *Warren W. Bentz,* for appellant; *Michael M. Palmisano,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

### Commonwealth *v.* Gatewood, Appellant.

Submitted April 15, 1971.  *Stephen I. Goldring* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *D. Michael Fisher,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.